**98–1679. State ex rel. Heddleston v. Mack.**
Madison App. No. CA98–06–025. On request for findings of fact and conclusions of law. Request denied.

**98–2548. State ex rel. Earl v. Shafer.**
Richland App. No. 98CA93. On motion to stay proceedings pending decision in 98–1305, *Yonkings v. Wilkinson*, Franklin App. No. 97APE08–1083. Motion denied.
RESNICK, PFEIFER and COOK, JJ., dissent.

**99–8. State v. Willis.**
Mahoning App. No. 95 C.A. 237. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–86. State v. Dawson.**
Madison App. No. CA98–04–021. On motion for stay of court of appeals' judgment. Motion denied.

**99–92. State v. Prichard.**
Hamilton App. No. C–941011. On motion for stay of court of appeals' judgment. Motion denied.

**99–170. FOE Aerie 0895 v. Ohio Liquor Control Comm.**
Lawrence App. No. 98CA09. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER and COOK, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–2433. Ohio Council 8, Am. Fedn. of State, Cty. & Mun. Emp., AFL–CIO v. State Emp. Relations Bd.**
Summit App. No. 18829.

**98–2439. Ricker v. John Deere Ins. Co.**
Franklin App. No. 97APE11–1505.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–2444. Hillabrand v. Drypers Corp.**
Marion App. No. 9–98–18.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–2445. Stickney v. State Farm Mut. Auto. Ins. Co.**
Richland App. No. 98CA7. Discretionary appeal allowed; *sua sponte*, cause to be argued on the same date as 98–1462, *Waite v. Progressive Ins. Co.*, Huron App. No. H–97–036.
LUNDBERG STRATTON, J., dissents.

**98–2456. Ormet Primary Aluminum Corp. v. Emp. Ins. Co. of Wausau.**
Monroe App. No. 808. On discretionary appeal and on motion for admission *pro hac vice* of Neal R. Brendel, motion for admission *pro hac vice* of Paul K. Stockman, motion for admission *pro hac vice* of Stephen M. Murray, motion for admission *pro hac vice* of Alfred L. Buchanan, motion for admission *pro hac vice* of Hugh C. Griffin, motion for admission *pro hac vice* of Jonathan D. Mutch, motion for admission *pro hac vice* of Anthony R. Zelle, and motion for admission *pro hac vice* of David J. Bloss. Discretionary appeal allowed and motions granted.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.